**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1718**

LOUIS J. DELGIORNO,

              Plaintiff - Appellant,

        v.

WEST VIRGINIA BOARD OF MEDICINE,

              Defendant - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, District Judge.  (3:12-cv-00132-GMG-DJJ)

Submitted:  August 22, 2013          Decided:  August 26, 2013

Before MOTZ, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Louis J. DelGiorno, Appellant Pro Se.  Bridget M. Cohee, STEPTOE & JOHNSON, LLP, Martinsburg, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Louis J. DelGiorno appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. DelGiorno v. West Va. Bd. of Med., No. 3:12-cv-00132-GMG-DJJ, (N.D.W. Va. May 15, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED